# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Harold C. Powers**
    Plaintiff(s)

vs.                           CASE NUMBER: 1:21-cv-967 (ML)

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED as follows: 1) Plaintiffs motion for judgment on the pleadings (Dkt. No. 16) is DENIED. 2) Defendants motion for judgment on the pleadings (Dkt. No. 17) is GRANTED. 3) The Commissioners decision denying Plaintiff Social Security benefits is AFFIRMED. 4) Plaintiffs Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Miroslav Lovric, dated the 16th day of March, 2023.

DATED: March 16, 2023

*[signature]*
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk